IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN LYNN ELLIOTT**                                                                **PLAINTIFF**

v.                                                 No. 3:16-CV-00324-JTK

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 8th day of February 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE